**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT COURT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br><br>**BRISCOE, JOE CHESLEY**<br>**BRISCOE, MARY ANN**<br><br>**Debtor.** | **Case No. BK-09-15015-WV**<br>**Chapter 7** |

## TRUSTEE'S REPORT OF UNCLIMED FUNDS REMITTED TO THE COURT

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 remits all unclaimed from the above captioned bankruptcy case to the Court Clerk.

| Creditor | Claim Number | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Charles Yonkin** | 9 | 1,000.00 | $558.69 |
| **TOTAL:** | | | **$558.69** |

All checks made payable to the Court Clerk is attached hereto for deposit.

s/SUSAN MANCHESTER

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE